UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WF MASTER REO LLC<br><br>                     Plaintiff<br><br>vs.<br><br>JEFFREY D. HOUSER<br>AND ALL OCCUPANTS<br><br>                     Defendant(s) | CIVIL NO.  23-cv-03771 |

PRAECIPE TO WITHDRAW APPEARANCE

Kindly withdraw my appearance on behalf of Plaintiff, in the above captioned matter.

                              KML LAW GROUP, P.C.
                              Respectfully submitted,

                              KML Law Group, P.C.


                              By: /s/ Michael T. McKeever
                              Michael T. McKeever, Esquire
                              Suite 5000 – BNY Independence Center
                              701 Market Street
                              Philadelphia, PA  19106-1532

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WF MASTER REO LLC <br><br> Plaintiff <br><br> vs. <br><br> JEFFREY D. HOUSER <br> AND ALL OCCUPANTS <br><br> Defendant(s) | CIVIL NO. 23-cv-03771 |

**CERTIFICATE OF SERVICE**

I, Michael McKeever Esquire, hereby certify that the foregoing Withdrawal of Appearance has been served by first class mail, postage pre-paid, upon the parties listed below on 10/2/2023

JEFFREY D. HOUSER
5355 Monocacy Drive
Bethlehem, PA 18017

ALL OCCUPANTS
5355 Monocacy Drive
Bethlehem, PA 18017

Michele Bradford, Esq.
200 Eagle Road, Suite 120
Wayne, PA 19087

Respectfully submitted,

KML Law Group, P.C.

By: /s/ Michael McKeever
Michael McKeever, Esquire
Suite 5000
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6303