**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WF MASTER REO LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **HOUSER** | : | **NO.: 23-cv-3771** |
| | : | |

# O R D E R

**AND NOW**, this **30th** day of **NOVEMBER 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the late Honorable Edward G. Smith to the calendar of the Honorable Joseph F. Leeson, Jr., for further proceedings.

FOR THE COURT:
**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**