# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WF MASTER REO, LLC,     : | |
|     Plaintiff,     : | |
|          : | |
| v.     : | No. 23-cv-3771 |
|          : | |
| JEFFREY HOUSER, *et al.*,     : | |
|     Defendants.     : | |

## O R D E R

**AND NOW**, this 18th day of January, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Houser's Motion to Proceed *in Forma Pauperis*, ECF No. 1, is **GRANTED**.

2. WF Master REO, LLC's Motion to Remand, ECF No. 6, is **GRANTED** and this case is **REMANDED** forthwith to the Court of Common Pleas of Northampton County.

3. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge